**Lance Conway WOOD, Plaintiff–Appellant,**

v.

**Keith YORDY, Ex–Deputy Warden at Idaho State Correctional Institution (ISCI); et al., Defendants–Appellees.**

No. 09–35594.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Lance Conway Wood, Boise, ID, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Joseph Elia, Brady James Hall, Moore Baskin and Elia LLP, Boise, ID, for Defendants–Appellees.

Before: ALARCÓN, TROTT and TASHIMA, Circuit Judges.

MEMORANDUM **

Idaho state prisoner Lance Wood ap-peals pro se from the district court's order denying his motion for a preliminary in-junction in his 42 U.S.C. § 1983 action alleging that prison officials retaliated against him for exercising his right to ac-cess the courts. We have jurisdiction un-der 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council*, —— U.S. ——, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consid-er). We conclude the district court did not abuse its discretion. Accordingly, we af-firm the district court's order denying the preliminary injunction.

**AFFIRMED.**

---

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.